FILED

11/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0335

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0335

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DAVID MICHAEL YOUMANS,

      Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 25, 2021, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2020